IN THE CIRCUIT COURT, NINTH JUDICIAL CIRCUIT, IN AND FOR ORANGE COUNTY, FLORIDA

JAMES D. BERRY

CASE NO. 03CA2584

Plaintiff,

DIVISION NO. 32

vs.

6:03CV464-ORL-18JGG

PENSKE TRUCK LEASING CORPORATION, a foreign corporation; WISE FOODS, INC., a foreign corporation; and DAVID EUGENE WEST, individually,

Defendant.
_____/

## COMPLAINT

COMES NOW the Plaintiff, JAMES D. BERRY, by and through his undersigned counsel, and sues the Defendants, PENSKE TRUCK LEASING CORPORATION, WISE FOODS, and DAVID EUGENE WEST, jointly and severally, for damages, and for his Complaint, alleges as follows:

### COUNT I
**(Allegations Common to All Counts)**

1. That this is an action for damages in excess of Fifteen Thousand Dollars ($15,000.00), exclusive of interest, costs, and attorney fees.

2. That at all times material hereto, the Plaintiff, JAMES D. BERRY, was a resident of Volusia County, Florida.

3. That at all times material hereto, the Defendant, PENSKE TRUCK LEASING CORPORATION, was a foreign corporation duly licensed and authorized to conduct business in



Orange County, Florida, and maintained several offices for transaction of its customary business in Orange County, Florida.

4. At all times material hereto, the Defendant, WISE FOODS, was a foreign corporation duly licensed and authorized to conduct business in the State of Florida.

5. At all times material hereto, the Defendant, DAVID EUGENE WEST, was a non-resident residing in the State of South Carolina.

6. That on or about September 29, 2002, the Defendant, PENSKE TRUCK LEASING CORPORATION, was the owner of a certain vehicle, more specifically, a 1997 truck tractor, VIN 1FUYDSEBXVH660285.

7. That on or about September 29, 2002, the Defendant, WISE FOODS, INC., was the owner of a certain vehicle, more specifically, a 2002 trailer, VIN 1DTVS12102A300098.

8. That on or about September 29, 2002, the Defendant, DAVID EUGENE WEST, with the knowledge, authorization and consent of Defendants, PENSKE TRUCK LEASING CORPORATION and WISE FOODS, INC., operated said motor vehicle in a northerly direction on S. R. 15 (17-92) at or near its intersection with Minnesota Avenue, in Orange City, Volusia County, Florida.

9. That Defendants, PENSKE TRUCK LEASING CORPORATION and WISE FOODS, INC., jointly and severally, are liable for the acts and/or omissions of Defendant, DAVID EUGENE WEST, for his negligent conduct on or about September 29, 2002, which resulted in bodily injury and damages to Plaintiff herein.

## COUNT II
### (Negligence and Bodily Injury)

10. Plaintiff, JAMES D. BERRY, reiterates and adopts each and every allegation of the foregoing paragraphs numbered 1 though 9, and would further allege:

11. That on or about September 29, 2002, the Defendant, DAVID EUGENE WEST, negligently operated and/or maintained said motor vehicle and trailer so that it struck Plaintiff, JAMES D. BERRY, who was a pedestrian at the time of the incident.

12. That as a direct and proximate result of the negligent actions of the Defendants, PENSKE TRUCK LEASING CORPORATION, WISE FOODS, INC., and by and through their agent and/or employee, DAVID EUGENE WEST, Plaintiff, JAMES D. BERRY, was injured in and about his body and extremities, incurred great pain and suffering, suffered scarring and/or disfigurement, suffered aggravation of any pre-existing injuries or conditions, endured physical handicap and impairment, incurred medical expenses for the treatment of life, suffered loss of earnings and the loss of future earning capacity, all of which injuries are either permanent or continuing in their nature, and within reasonable medical probability the Plaintiff, JAMES D. BERRY, has and will continue to suffer. Alternatively, where there is a finding of no permanent injury, the Plaintiff is entitled to any and all applicable medical expenses and loss of gross income found or reasonably related to the complained of motor vehicle accident.

13. In that the injuries suffered by the Plaintiff, JAMES D. BERRY, are continuing in nature, he will continue to suffer pain, loss of wages, physical handicap and permanent injury in the future, and will be further compelled to expend great sums for medical care in the future, as well as related treatment for those injuries.

WHEREFORE, the Plaintiff, JAMES D. BERRY, demands judgment against the Defendants, PENSKE TRUCK LEASING CORPORATION, a foreign corporation; WISE FOODS, INC., a foreign corporation; and DAVID EUGENE WEST, jointly and severally, for damages in excess of Fifteen Thousand Dollars ($15,000.00), including prejudgment interest, and further, demand trial by jury of all issues so triable.

Dated this 20 day of March, 2003.

LAW OFFICES OF SCOTT M. MILLER
SCOTT M. MILLER, ESQUIRE
Florida Bar No. 140783
1920 Boothe Circle, Suite 100
Longwood, Florida 32750
Telephone:  (407) 869-9996
Facsimile:  (407) 869-9911
Attorneys for Plaintiff